**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 20, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00263-CV

---

### QESC LLC, Appellant

### V.

### HARRIS CENTRAL APPRAISAL DISTRICT, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-72188**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed January 12, 2024. On May 20, 2024, appellant filed an unopposed motion to dismiss this appeal "with prejudice." The Texas Rules of Appellate Procedure speak only of dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted,

and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.